**2017–1207.   Howell v. Consol. Rail Corp.**
Cuyahoga App. No. 104554, 2017-Ohio-6881. On motion for admission pro hac vice of Dan Himmelfarb. Motion granted. Pursuant to Gov.Bar R. XII(4), counsel shall file a notice of permission with the Supreme Court's Office of Attorney Services within 30 days.

**2017–1221.   State ex rel. Neil v. French.**
Franklin App. No. 17AP–241. On appellant's memorandum in support of jurisdiction. This cause originated in the court of appeals and therefore should proceed as an appeal of right pursuant to S.Ct.Prac.R. 5.01.

   The clerk shall issue an order for the transmission of the record from the Court of Appeals for Franklin County, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 16.02 through 16.07.

**2016–1149.   Disciplinary Counsel v. Doumbas.**
On respondent's motion to purge contempt. Motion granted.

**2017–1080.   Mahoning Cty. Bar Assn. v. Cochran.**
On joint motion to supplement record. Motion granted.

**2015–1559.   422 Sycamore Entertainment, L.L.C. v. Testa.**
Board of Tax Appeals, No. 2014–1023. On appellant's application for dismissal. Application granted. Cause dismissed.

**2017–0522.   State ex rel. Shelter v. Indus. Comm.**
Franklin App. No. 16AP–119, 2017-Ohio-1063. On appellant's application for dismissal. Application granted. Cause dismissed.

**2017–0738.   State ex rel. Gunter v. Indus. Comm.**
Franklin App. No. 15AP–562, 2017-Ohio-1571. On appellant's application for dismissal. Application granted. Cause dismissed.

**2017–1091.   State ex rel. Gould v. Summit Cty. Court of Common Pleas.**
In Prohibition. On relator's application for dismissal. Application granted. Cause dismissed.

*September 15, 2017*

2017-Ohio-7621.]

**2017–0436.   In re Complaint of Harris Design Servs. v. Columbia Gas of Ohio, Inc.**
Public Utilities Commission, No. 15–405–GA–CSS. Sua sponte, briefing schedule reinstated. Appellee shall file a merit brief within 30 days, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 16.02 through 16.07.

**2017–0723.   Rock v. Bracy.**
In Habeas Corpus. On petitioner's motion to consolidate. Motion denied as moot.

**2017–1156.   State v. Stewart.**
Delaware App. No. 17 CAA 01 0004, 2017-Ohio-2842. On appellee's motion to strike. Motion denied.